AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT    ☐ INFORMATION    ☒ INDICTMENT    ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

### OFFENSE CHARGED

18 U.S.C. 922(g)(1) - Felon in Possession of a Firearm

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

**PENALTY:**
10 years prison, $250,000 fine, 3 years supervised release
$100 special assessment

**DEFENDANT - U.S.**
▶ JAMES LINTZ, a/k/a "Zuke"

**DISTRICT COURT NUMBER**
CR 08 0298 SI

### PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)
Bureau of Alcohol, Tobacco, Firearms & Explosives, Inspector Michael Hamilton

☒ person is awaiting trial in another Federal or State Court, give name of court
San Francisco Superior Court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
    ☐ U.S. Att'y    ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM    Joseph P. Russoniello
☒ U.S. Att'y    ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)    Erika R. Frick

### DEFENDANT

**IS NOT IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge
5) ☐ On another conviction
6) ☒ Awaiting trial on other charges    ☐ Fed'l  ☒ State

If answer to (6) is "Yes", show name of Institution
San Francisco County Jail

Has detainer been filed?    ☐ Yes    ☐ No    If "Yes" give date filed

**DATE OF ARREST** ▶ 3/24/2008    Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶    Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS    ☐ NO PROCESS*    ☒ WARRANT    Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment    ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

# United States District Court

### FOR THE
### NORTHERN DISTRICT OF CALIFORNIA

VENUE: SAN FRANCISCO

CR 08 0298

UNITED STATES OF AMERICA,

V.

JAMES LINTZ,
a/k/a "Zuke,"

DEFENDANT(S).

---

## INDICTMENT

VIOLATIONS: 18 U.S.C. § 922(g)(1) - Felon in Possession of a Firearm

---

A true bill.

_____ Foreman

Filed in open court this _6th_ day of

_May, 2008_.

BETTY FONG

No Bail Warrant

Clerk

EDWARD M. CHEN
UNITED STATES MAGISTRATE JUDGE

Bail, $ _____

JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. |
| Plaintiff, | |
| v. | VIOLATION: 18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm |
| JAMES LINTZ, a/k/a "Zuke," | SAN FRANCISCO VENUE |
| Defendant. | |

INDICTMENT

The Grand Jury charges:

COUNT ONE:     18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm

On or about March 24, 2008, in the Northern District of California, the defendant,

JAMES LINTZ,
a/k/a "Zuke,"

having previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess a firearm, described as a Massberg 500A shotgun, with an altered and unreadable serial number, in and affecting interstate and foreign commerce,

//

INDICTMENT

1 | in violation of Title 18, United States Code, Section 922(g)(1).

3 | DATED:                               A TRUE BILL.

*[signature]*
FOREPERSON

JOSEPH P. RUSSONIELLO
United States Attorney

*[signature]*
GREGG W. LOWDER
Chief, Major Crimes Section

(Approved as to form: *[signature]* )
AUSA Frick

INDICTMENT                                         -2-