**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

<u>CRIMINAL PRETRIAL MINUTES</u>

Date: <u>5/16/08</u>

Case No.   <u>CR-08-0298  SI</u>              Judge:   <u>SUSAN ILLSTON</u>

Title:  <u>UNITED STATES</u> -v- <u>JAMES LINTZ (C)</u>

Attorneys:   <u>Frick</u>              <u>Hansen</u>

Deputy Clerk: <u>Tracy Sutton</u>  Court Reporter: <u>McVickar</u>

**PROCEEDINGS**

1)  <u>Trial Setting - HELD</u>
2)  _____
3)  _____
Order to be prepared by:  (  )Pltf    (  )Deft    (  )Court

Disposition :  (  ) GRANTED, (  ) DENIED, (  ) GRANTED/DENIED IN       (  ) SUBMITTED
                                                            PART

Case continued to **6/6/08  @ 11:00 a.m.**   for Trial Setting

Case continued to  **@ 11:00 a.m.**    for Motions
(Motion due , Opposition   Reply )

Case continued to  @   for Pretrial Conference

Case continued to  **@ 8:30 a.m.**  for Trial (Court/Jury: ___ Days)

Category of Excludable Delay: _____
**Delay begins:**         **Delay ends:**
(                 )

ORDERED AFTER HEARING:
The defendant will be released from custody on 5/19/08.

The government will be producing discovery.  Due to defense counsel's unavailability a three week continuance was granted.

(SPEEDY TRIAL DEADLINE AS OF TODAY: )