BARRY J. PORTMAN
Federal Public Defender
GEOFFREY A. HANSEN
Chief Assistant Federal Public Defender
19th Floor Federal Building – Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant LINTZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-08 - 298 SI |
| Plaintiff, | **MOTION TO AMEND CONDITIONS OF BAIL** |
| vs. | Before: Magistrate Judge Edward Chen |
| JAMES LINTZ, | |
| Defendant. | |

On May 16, 2008, this Court released the defendant on a bond secured by the signature of his mother, with the condition that Mr. Lintz be required to reside at Cornell Corrections on a 24 hour basis except for trips to Court. So far, Mr. Lintz has followed all of the rules of Cornell and has done everything asked of him at the halfway house. As a result, the defendant files this motion to ask for two modifications.

First, he asks that the Court modify his release conditions to allow him to come to counsel's office for legal visits. This will allow Mr. Lintz to discuss the case with counsel and review the relevant discovery. Second, Mr. Lintz's mother has called counsel and asked that he be allowed to go to her house for approximately one hour to sign some legal papers which need his signature, and which must be signed in the presence of a third party at the apartment complex

BAIL MOTION                                         1

1  where she resides.  Mr. Lintz understands that if permission is granted for this trip to his
2  mother's residence, the trip must be approved by Pretrial Services.  This court might recall that
3  Ms. Lintz asked to be notified about any change in his conditions of his release; obviously,
4  because she has requested this visit, counsel has discussed this matter with her and she has no
5  objection.  A proposed order is attached.

8  Dated: June 4, 2008

Respectfully submitted,

BARRY J. PORTMAN
Federal Public Defender

/s/

GEOFFREY A. HANSEN
Chief Assistant Federal Public Defender

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JAMES LINTZ,<br><br>　　　　　Defendant.<br>_____ | No. CR-08 - 298 SI<br><br>**ORDER MODIFYING<br>CONDITIONS OF BAIL** |

　　　The defendant's conditions of release are modified as follows: subject to the approval of Pretrial Services, the defendant may: (1) leave Cornell Corrections to meet with counsel at his office; and (2) the defendant may travel to his mother's residence to sign legal papers on one occasion.

Dated: 　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Edward M. Chen
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1