**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CRIMINAL PRETRIAL MINUTES

Date: 6/6/08

Case No.   CR-08-0298 SI          Judge:  SUSAN ILLSTON

Title:  UNITED STATES -v- JAMES LINTZ (C)

Attorneys:   Frick            Hansen

Deputy Clerk: Tracy Sutton   Court Reporter: Connie Kuhl

**PROCEEDINGS**

1) Status  - HELD
2)
3)
Order to be prepared by:  ( )Pltf    ( )Deft    ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN      ( ) SUBMITTED
                                        PART

Case continued to __ for Trial Setting

Case continued to **8/22/08 @ 11:00 a.m.**   for Motion to Suppress
(Motion due 6/27/08, Opposition 7/25/08  Reply 8/8/08 )

Case continued to  @  for Pretrial Conference

Case continued to   @ 8:30 a.m.  for Trial (Court/Jury: ___ Days)

Category of Excludable Delay: _____
**Delay begins:          Delay ends: 8/22/08**
(       AUSA to draft order          )

ORDERED AFTER HEARING:
Defense needs additional time to review discovery (tape).

(SPEEDY TRIAL DEADLINE AS OF TODAY: )