1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT
7                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
8

9 | UNITED STATES OF AMERICA,      ) No. CR-08 - 298 SI
                                   )
10 |            Plaintiff,          ) **ORDER MODIFYING**
                                   ) **CONDITIONS OF BAIL**
11 | vs.                            )
                                   )
12 | JAMES LINTZ,                   )
                                   )
13 |            Defendant.          )
                                   )
14

15    The defendant's conditions of release are modified as follows: subject to the approval of
16 Pretrial Services, the defendant may: (1) leave Cornell Corrections to meet with counsel at his
17 office; and (2) the defendant may travel to his mother's residence to sign legal papers on one
18 occasion, provided he shall be gone no more than two hours, shall be
19 picked up by his mother, and PTS is given advance notice. EC

20 Dated: 6/9/08                    _____
                                    Edward M. Chen
21                                  United States Magistrate Judge

22
23
24
25
26

1