BARRY J. PORTMAN
Federal Public Defender
GEOFFREY HANSEN
Chief Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA  94102
Telephone:  (415) 436-7700

Counsel for Defendant LINTZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR 08-0298 SI (EMC) |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] |
| v. | ) | ORDER MODIFYING CONDITIONS |
| | ) | OF BAIL |
| JAMES LINTZ, | ) | |
| | ) | |
| Defendant. | ) | |

On June 9, 2008, the Court modified the conditions of bail for Defendant James Lintz, who has been residing in a half house on pretrial release since May 16, 2008, to permit him to travel to his mother's residence to sign legal papers. Mr. Lintz once again needs to travel to his mother's residence on August 6, 2008, for a similar reason: since he is on the lease of his mother's new residence, he must be present during orientation there. The entire time away from the halfway house would not exceed three hours, from 10:00 am to 1:00 pm, and he would be both picked up and dropped off by his mother. Pretrial Services Officer Victoria Gibson has indicated that she approves of such a modification. As a result, the parties stipulate and jointly request that the conditions of bail for Mr. Lintz be so modified.

IT IS SO STIPULATED.

                                                JOSEPH RUSSONIELLO
                                                United States Attorney

DATED:     July 30, 2008                           /s/_____
                                                ERICKA FRICK
                                                Assistant United States Attorney

DATED:     July 30, 2008                           /s/_____
                                                GEOFFREY HANSEN
                                                Chief Assistant Federal Public Defender
                                                Attorney for James Lintz

IT IS SO ORDERED.

DATED:                                                                 _____
                                                EDWARD M. CHEN
                                                United States Magistrate Judge

STIP. & PROP. ORDER                                    1