1  BARRY J. PORTMAN
   Federal Public Defender
2  GEOFFREY HANSEN
   Chief Assistant Federal Public Defender
3  450 Golden Gate Avenue
   San Francisco, CA  94102
4  Telephone:  (415) 436-7700

5  Counsel for Defendant LINTZ

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,          )
                                      )   No. CR 08-0298 SI (EMC)
                Plaintiff,            )
12                                    )
                                      )   STIPULATION AND [PROPOSED]
        v.                            )   ORDER MODIFYING CONDITIONS
13                                    )   OF BAIL
   JAMES LINTZ,                       )
14                                    )
                Defendant.            )
15 _____)

16

17

18

19

20

21

22

23

24

25

26

1  On June 9, 2008, the Court modified the conditions of bail for Defendant James Lintz, who has
2  been residing in a half house on pretrial release since May 16, 2008, to permit him to travel to his
3  mother's residence to sign legal papers.  Mr. Lintz once again needs to travel to his mother's
4  residence on August 6, 2008, for a similar reason:  since he is on the lease of his mother's new
5  residence, he must be present during orientation there.  The entire time away from the halfway house
6  would not exceed three hours, from 10:00 am to 1:00 pm, and he would be both picked up and
7  dropped off by his mother.  Pretrial Services Officer Victoria Gibson has indicated that she approves
8  of such a modification.  As a result, the parties stipulate and jointly request that the conditions of bail
9  for Mr. Lintz be so modified.
10  IT IS SO STIPULATED.
11                                                                         JOSEPH RUSSONIELLO
                                                                                United States Attorney
12
13  DATED:     July 30, 2008                              _____/s/_____
                                                                                ERICKA FRICK
14                                                                         Assistant United States Attorney
15
16  DATED:     July 30, 2008                              _____/s/_____
                                                                                GEOFFREY HANSEN
17                                                                         Chief Assistant Federal Public Defender
                                                                                Attorney for James Lintz
18
19  IT IS SO ORDERED.
20  DATED:     August 4, 2008
21                                                                         EDWARD M. CHEN
                                                                                United States Magistrate Judge
22
23
24
25
26

STIP. & PROP. ORDER                                                 1

*IT IS SO ORDERED* — Judge Edward M. Chen (signature stamp)