JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

ERIKA R. FRICK (CASBN 208150)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6973
    Facsimile: (415) 436-7234
    Email: erika.frick@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-0298 SI |
| Plaintiff, ) | DECLARATION OF STEPHEN COLEMAN IN SUPPORT OF GOVERNMENT'S OPPOSITION TO DEFENDANT'S MOTION TO SUPPRESS |
| v. ) | |
| JAMES LINTZ, a/k/a "Zuke," ) | |
| Defendant. ) | |

I, STEPHEN COLEMAN, do hereby declare:

1. I am an Officer with the San Francisco Police Department ("SFPD") and have been so employed since 2003. I have worked in uniform and plainclothes patrols. For the past approximately four years, I have been assigned to the Bayview Police District and am currently working mostly in plainclothes capacity. I have made or participated in hundreds of arrests for the illegal possession of firearms.

2. On March 24, 2008, at 15:52 hours, I was in plainclothes and driving an unmarked police vehicle with three other officers. We were searching the area of Hudson and Ardath due to an anonymous report of a black male in a vehicle waiting to kill a victim of a prior

DECLARATION
[CR 08-0298 SI]                       1

1  shooting. As we drove uphill on Hudson near Ardath Court, we were passed by a Jeep driving downhill on the other side of the road. I glanced over my left shoulder to look at the Jeep's license plate. While doing this, I noticed that one of the Jeep's rear brake lights was activated but that the brake light on the other side was out, in violation of the California Vehicle Code.

3. I made a U-turn to catch up with the Jeep. The Jeep turned right onto Ruell Court and stopped at the corner of Ruell and Hudson. I stopped our car behind the Jeep.

4. We conducted a traffic stop, during which a gun was located on one passenger, later identified as James Lintz. At the end of the traffic stop, all occupants of the Jeep were taken into custody.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 18 day of August 2008, at San Francisco, California.

_____
OFFICER STEPHEN COLEMAN

DECLARATION
[CR 08-0298 SI]                                    2