**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CRIMINAL PRETRIAL MINUTES

Date: 8/29/08

Case No.   CR-08-0298 SI            Judge:   SUSAN ILLSTON

Title:  UNITED STATES -v- JAMES LINTZ (NC)

Attorneys:   Owens            Hansen

Deputy Clerk:  Tracy Sutton   Court Reporter: J. Yeomans

**PROCEEDINGS**

1) Motion to Suppress - HELD
2) 
3) 
Order to be prepared by:  (  )Pltf    (  )Deft    (  )Court

Disposition :  ( ) GRANTED, (X) DENIED, ( ) GRANTED/DENIED IN     ( ) SUBMITTED                                                            PART

Case continued to **10/3/08 @ 11 A.M.**  for Trial Setting/Change of Plea

Case continued to  @   for Pretrial Conference

Case continued to  **@ 8:30 a.m.** for Trial (Court/Jury: ___ Days)

Category of Excludable Delay:   Cont. Of Counsel
**Delay begins:         Delay ends: 10/3/08**
 (AUSA to draft order        )

ORDERED AFTER HEARING:
The parties anticipate the need for a stipulated facts trial.

(SPEEDY TRIAL DEADLINE AS OF TODAY: )